UNITED STATES DISTRICT COURT
for THE NORTHERN DISTRICT of ILLINOIS
EASTERN DIVISION

MACK BOYD
　　　Plaintiff,

v.

ROGER E. WALKER, JR. et al.

CASE NO. 07 C 3448

HON. GEORGE W. LINDBERG

**FILED**
OCT 1 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION BY PLAINTIFF FOR JUDGEMENT BY DEFAULT

OCT 12 2007

Now comes the Plaintiff, MACK BOYD, acting Pro-se and moves this Honorable Court pursuant to F.R. Civ. P. Rule 55(A)(1) for Judgement by Default, and in support thereof Plaintiff states:

1.) Complaint was filed against defendant's MARY PURVIN and EDDY HEATHER (NURSES) at the STATEVILLE CORR. CENTER on June 18, 2007.

2.) Defendant's MARY PURVIN and EDDY HEATHER were served on July 28, 2007.

3.) All the other defendants in plaintiff's complaint has responded.

4.) Wherefore Plaintiff moves this Honorable Court to enter a order of Judgement by default.

Submitted By:

Mack Boyd #A90977
Mack Boyd
RR #2 Box 31
Lawrence Corr. Center
Sumner, Ill. 62466

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Mack Boyd
Plaintiff,

v.

Roger E. Walker, JR. et al.
Defendant

Case No. 07 C 3448
Hon. Judge George W. Lindberg

## PROOF/CERTIFICATE OF SERVICE

TO: United States
District Court
219 S. Dearborn St.
Chicago, Ill.
60604

TO:

PLEASE TAKE NOTICE that on October 5, 2007, I have placed the documents listed below in the institutional mail at Lawrence Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion by Plaintiff for Judgement by Default

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: October 5, 2007

/s/ Mack Boyd
NAME: Mack Boyd
IDOC#: A90977
Lawrence Correctional Center
RR #2 Box 31
Sumner, IL 62466

Revised Jan 2002